1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7               IN THE UNITED STATES DISTRICT COURT FOR

8               THE EASTERN DISTRICT OF CALIFORNIA

9                            AT FRESNO

10  LEONA GOLIGHTLY-WHITE         )
                                  )      1:06-CV-01145 AWI-SMS
11                                )
          Plaintiff,              )      STIPULATION AND ORDER
12                                )
    vs.                           )
13                                )
    JO ANNE B. BARNHART,          )
14  Commissioner of Social        )
    Security,                     )
15                                )
          Defendant.              )
16  _____ )

17

18       IT IS HEREBY STIPULATED by and between the parties as follows: that appellant

19  be granted an additional 7 day extension of time, until February 5, 2007, in which to serve

20  Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, August

21  28, 2006, shall proceed under the time limit guidelines set therein.

22  / /

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

1    Dated: January 29, 2007              /s/ Gina Fazio

2                                         GINA FAZIO,
                                          Attorney for Plaintiff.
3
     Dated: January 31, 2007
4                                         MCGREGOR SCOTT
                                          United States Attorney
5
                                          By: /s/ Kristi C. Kapetan
6                                         (as authorized via facsimile)
                                          KRISTI C. KAPETAN
7                                         Assistant U.S. Attorney

8            IT IS SO ORDERED.

9    Dated:  2/2/2007

10                                         /s/ Sandra M. Snyder
                                          SANDRA M. SNYDER
11                                        United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28