1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| LEONA GOLIGHTLY-WHITE ) | |
| ) | 1:06-CV-01145 AWI SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until March 5, 2007, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, August 28, 2006, shall proceed under the time limit guidelines set therein.

/ /
/ /
/ /
/ /
/ /
/ /
/ /

| | | |
|---|---|---|
| 1 | Dated: February 5, 2007 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: February 5, 2007 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Nancy Lisewski<br>(as authorized via facsimile)<br>NANCY LISEWSKI |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated: 2/2/02007

/s/ Sandra M. Snyder
SANDRA M. SNYDER
United States Magistrate Judge