1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| LEONA GOLIGHTLY-WHITE ) | 1:06-CV-01145 AWI SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on August 16, 2006 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: May 3, 2007        /s/ Gina Fazio

                          GINA FAZIO, ESQ.
                          Attorney for Plaintiff

Dated: May 16, 2007
                          MCGREGOR SCOTT
                          United States Attorney

                          By: /s/ Lucille Gonzales Meis
                          (as authorized via facsimile)
                          LUCILLE GONALES MEIS
                          Assistant Regional Counsel

IT IS SO ORDERED.

**Dated:     May 17, 2007**               /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE